**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 11-cv-01327-REB-MEH

DANIEL SOTOMAYOR,

    Plaintiff,

v.

TOWN OF CASTLE ROCK, COLORADO, a Colorado municipal corporation,

    Defendant.

## ORDER OF DISMISSAL

**Blackburn, J.**

The matter is before me on the **Stipulated Motion To Dismiss Claims With Prejudice** [#31][1] filed March 21, 2012.  After reviewing the motion and the file, I conclude that the motion should be granted and that this action should be dismissed with prejudice.

**THEREFORE, IT IS ORDERED** as follows:

1.  That the **Stipulated Motion To Dismiss Claims With Prejudice** [#31] filed March 21, 2012, is **GRANTED**;

2.  That the Trial Preparation Conference set for June 1, 2012, is **VACATED**;

3.  That the jury trial set to commence June 18, 2012, is **VACATED**; and

4.  That this action is **DISMISSED WITH PREJUDICE** with the parties to pay their own attorney fees and costs.

Dated March 22, 2012, at Denver, Colorado.

                                    **BY THE COURT:**

                                    */s/ Robert E. Blackburn*
                                    Robert E. Blackburn
                                    United States District Judge

---

[1] "[#31]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's electronic case filing and management system (CM/ECF). I use this convention throughout this order.